IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL ASSOCIATION, a non-profit California corporation,

       Plaintiff,

vs.

MICHAEL LEAVITT, Secretary of Health and Human Services,

       Defendants.

No. CIV S-06-1360 FCD EFB

<u>ORDER</u>

Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

DATED: August 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE