UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAMERON HOSPITAL, ASSOCIATION,
a Non-Profit California corporation,

       Plaintiff,

  v.

MICHAEL O. LEAVITT, Secretary of the
Department of Health and Human Services,
       Defendant.
_____/

NO. CIV. S-06-1360 FCD/KJM

**STATUS (PRETRIAL SCHEDULING) ORDER**

After reviewing the parties' Joint Status Report, the court makes the following orders:

**I.**    **SERVICE OF PROCESS**

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

**II.**    **ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS**

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. See Fed. R. Civ. P.16 (b); Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**III.**    **JURISDICTION/VENUE**

Jurisdiction is predicated upon 42 U.S.C. Section 1395oo and 42 CFR 405.1877 and Venue on section 1878(f)(1) of 42 U.S.C. section 1395oo. Jurisdiction and venue are not contested.

## IV. DISCOVERY

Fed. R. Civ. P. 26(a)(1)(E)(i) and Fed. R. Civ. P. 26(f) exempts actions under the Administrative Procedure Act (APA) from initial disclosure requirements which includes the development of a proposed discovery plan. The administrative record was lodged with court by the Department of Health & Human Services on November 28, 2006. Any motions to compel supplements to the record will be filed no later than April 19, 2007.

## V. MOTION HEARING SCHEDULE

Plaintiff's opening brief was filed on February 28, 2007 with supplements filed March 7, 2007. Plaintiff may supplement its opening brief by April 4, 2007. Defendant's opposition brief will be filed on or before May 3, 2007. Plaintiff's reply brief will be filed on or before May 31, 2007 and defendants' sur-reply will be filed on or before June 14, 2007. Oral Argument is set for July 13, 2007 at 10:00 a.m.

## VI. SETTLEMENT CONFERENCE

No settlement conference is currently scheduled. A settlement conference may be set at the time of the Final Pretrial Conference or at an earlier time at the parties' request. In the event that an earlier settlement conference date is requested, the parties shall file said request jointly, in writing. If the case will be tried to a jury, all parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel, Except for Counsel for the United States, are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted. If the settlement judge is not the trial judge, the Settlement Conference Statement shall not be disclosed to the trial judge.

///

### VII. <u>MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER</u>

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement by the parties pursuant to stipulation alone does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

### VIII. <u>OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER</u>

This Status Order will become final without further order of the court unless objections are filed within **ten (10)** *court* **days** of service of this Order.

IT IS SO ORDERED.

DATED: March 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE