UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAMERON HOSPITAL ASSOCIATION, a Non-Profit California corporation, | 2:06-CV-1360-FCD-KJM |
| Plaintiff, | ORDER |
| vs. | |
| Michael O. Leavitt, Secretary of the Department of Health and Human Services, | |
| Defendants. | |

Pursuant to the stipulation of the parties filed on June 7, 2007 and good cause having been shown, the court hereby continues the date for Oral Argument to July 27, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 - Order
Case No.2:CV-1360-FCD-KJM